IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. 21-00060-TFM |
| | * |
| REMONTO MAURICE JOHNSON | * |

**ORDER**

This matter is before the Court on the United States' unopposed motion to amend the judgment (Doc. 42) in the above-captioned matter. For good cause shown and pursuant to the provisions of Federal Rule of Criminal Procedure 36, the Court hereby AMENDS *nunc pro tunc* the judgment that was entered in the above-captioned matter on October 28, 2021 to read as follows:

> **Page 6 – Judgment in a Criminal Case: The defendant shall forfeit the defendant's interest in the following property to the United States: see attached preliminary order of forfeiture entered August 9, 2021 (Doc. 29).**

All other provisions of the original sentence are reimposed.

DONE and ORDERED this 1st day of November, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE